# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-210

_____

KIMBERLE B. WEEKS,

Appellant,

v.

CHARLES F. ERICKSEN JR.,

Appellee.

_____

No. 1D18-211

_____

KIMBERLE B. WEEKS,

Appellant,

v.

ALBERT J. HADEED,

Appellee.

_____

On appeal from the State of Florida Commission on Ethics.
Michelle Anchors, Chair.

November 19, 2018

PER CURIAM.

AFFIRMED.

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.

---

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

---

Jonathan R. O'Boyle, Deerfield Beach, for Appellant.

S. Denay Brown, Albert T. Gimbel, and Mark Herron, Tallahassee, for Appellees.

2